DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CYRIL B. DARVILLE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0330

[May 30, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William Roby, Judge; L.T. Case No. 432015CF001067A.

Cyril B. Darville, Perry, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LEVINE, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***